UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

               -v.-

SILFIDO TOLENTINO,
    a/k/a "Alexis Batista,"
    a/k/a "Willie Rosario,"

           Defendant.

:     INDICTMENT

:     07 Cr.



- - - - - - - - - - - - - - - - - - - x

**07 CRIM    434**

## COUNT ONE

The Grand Jury charges:

From at least in or about March 2007 to on or about April 21, 2007, in the Southern District of New York and elsewhere, SILFIDO TOLENTINO, a/k/a "Alexis Batista," a/k/a "Willie Rosario," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about April 5, 1999, in New York County Supreme Court in New York, New York, for criminal sale of a controlled substance in the fifth degree, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

    (Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

### - v. -

### SILFIDO TOLENTINO,
### a/k/a "Alexis Batista,"
### a/k/a "Willie Rosario,"

### Defendant.

### INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a),(b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_(signature)_

Foreperson.

5/17/07 Filed Indictment. A/W issued. Case assigned to Judge Buchwald.

Pitman
U.S.M.J.