UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────────┐
│        UNITED STATES OF AMERICA         │
│                against                  │
│        Silfrido Tolentino               │
│                                         │
│   (Alias) _____│
│                                         │
│   _____│
│                                         │
│              Please PRINT Clearly       │
└─────────────────────────────────────────┘
```

07 Cr. 434 (NRB)
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:   JAMES M. PARKISON, CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1.[ ] CJA    2.[X] RETAINED    3.[ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. __8__ YR. _1987_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE __New York__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
June 11, 2007

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

Mark T. Cohen
Attorney for Defendant

Cohen, Frankel + Ruggiero, LLP
Firm name if any

20 Vesey Street, Suite 1200
Street address

New York,    NY    10007
City         State   Zip

(212) 732-0002
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186