



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/07

## COHEN, FRANKEL & RUGGIERO, LLP
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
JOHN R. BEATTIE

90-11 35th AVENUE
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093

October 18, 2007



**VIA FACSIMILE (212) 805-7927**
Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *United States of America v. Silfredo Tolentino*
07 Cr. 434 (NRB)

Dear Judge Buchwald:

The defendant in the above-referenced matter Mr. Silfredo Tolentino, is scheduled to be sentenced before Your Honor on October 25, 2007, at 3:45 p.m. I am writing to request that the sentencing hearing be adjourned for approximately three weeks, in order to allow the defense to prepare a comprehensive pre-sentencing memorandum for Your Honor's consideration. This request is based upon my own litigation schedule and the necessity of waiting for personal attestations and documents, on behalf of my client, to be provided to us.

Within the past week, I have conducted sentencing proceedings in four other federal criminal matters. Specifically, the defendant in *United States of America v. Gerinerdo Jimenez*, 07 Cr. 92-01 (JBW), was sentenced in the Eastern District of New York by Hon. Jack B. Weinstein on October 10, 2007. On the same day, the defendant in *United States of America v. Jarinson Campaz*, 07 Cr. 44 (HB), was sentenced in the Southern District of New York by Hon. Harold Baer. The next day, October 11, 2007, the defendant in *United States of America v. Fermin Diaz-Tejada*, 05 Cr. 939-01 (SLT), was sentenced in the Eastern District of New York on October 11, 2007 by Hon. Sandra L. Townes. On Monday, October 15, 2007, the defendant in *United States v. Jaspal Persaud*, 05 Cr. 629 (LDW), was sentenced in the Eastern District of New York by Hon. Leonard D. Wexler. Additionally, at 2:30 p.m. on the same day as the referenced matter, I am scheduled to appear for a sentencing hearing in the District of New Jersey in United

*[Handwritten note:]* The sentencing is adjourned until November 13, 2007 at 4 p.m.
Naomi Reice Buchwald, USDJ
10/22/07

**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW

Hon. Naomi Reice Buchwald
October 18, 2007
Page Two

States of America v. Eddie Gonzalez. The Gonzalez case is significantly older than the referenced matter. In each of these cases, I have prepared a detailed pre-sentencing memorandum, as is my intent to do in the case at bar. However, we have been awaiting documentation and letters from those close to Mr. Tolentino.

Yesterday, we were provided with documentation that I am having translated in order to evaluate potential arguments that the defense may raise at the time of sentencing pursuant to 18 U.S.C. § 3553(a). As such, I am requesting additional time in order to complete a pre-sentencing memorandum and submit it to Your Honor with sufficient time for Your Honor to review the memorandum prior to the sentencing hearing.

It is submitted that the requested adjournment the first adjournment of sentencing requested, is in the interests of justice, as well as in the best interest of Mr. Tolentino. Your understanding and accommodation is greatly appreciated.

Respectfully submitted,

Mark I. Cohen, Esq.

MIC/jrb

Cc: Assistant United States Attorney Sharon E. Frase
United States Probation Officer Christopher J. Ferrall
Mr. Silfrido Tolentino